Gary R. Gleason (SBN 136167)
MICLEAN GLEASON LLP
411 Borel Avenue, Suite 310
San Mateo, CA 94402
Office: (650) 684-1181
Fax: (650) 684-1182
ggleason@micleangleason.com
LOCAL COUNSEL FOR DEFENDANT
ALLSTATE INSURANCE COMPANY

Kim Tran Britt (Louisiana SBN 24896)
NIELSEN CARTER & TREAS, L.L.C.
3838 N. Causeway Boulevard, Suite 2850
Metairie, LA 70002
Office: (504) 837-2500
Fax: (504) 832-9165
kbritt@nct-law.com
NATIONAL COUNSEL FOR DEFENDANT
ALLSTATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMIN ABTAHI, | Case No.: 3:15-cv-01954-JD |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| ALLSTATE INSURANCE COMPANY and SHAWN PURCELL, | |
| Defendants. | |

Considering the foregoing Joint Stipulation of Dismissal With Prejudice:

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice, with each party hereto to bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated:  August 3, 2015

_____

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER OF DISMISSAL                                    CASE NO. 3:15-CV-01954-JD